**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 98-7605**

_____

CLINTES EVONNZO PERSON,

                              Petitioner - Appellant,

        versus

ATTORNEY GENERAL OF THE STATE OF NORTH CARO-
LINA; HARRY CHAMBERS,

                              Respondents - Appellees.

_____

Appeal from the United States District Court for the Middle Dis-
trict of North Carolina, at Durham.  James A. Beaty, Jr., District
Judge.  (CA-98-156-1)

_____

Submitted:  April 29, 1999          Decided:  May 7, 1999

_____

Before WILLIAMS, TRAXLER, and KING, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Clintes Evonnzo Person, Appellant Pro Se.  Clarence Joe DelForge,
III, OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh,
North Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Clintes Evonzo Person seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>See</u> <u>Person v. Attorney General of North Carolina</u>, No. CA-98-156-1 (M.D.N.C. Oct. 1, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>